JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JONATHAN MANUEL AVILA, | ) CV 11-05333-MMM (SH) |
| | ) |
| | ) JUDGMENT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| MIKE MacDONALD, Warden, | ) |
| | ) |
| Respondent. | ) |
| | ) |

    IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed with prejudice.

DATED: December 30, 2011

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

1